No. 64059.—Ajax Distributors, Inc., by: W. R. Zanes & Company et al. *v.* United States, protests 320904–K, etc. (Galveston).

Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, APRIL 5, 1960

No. 64060.—Canada Dry Ginger Ale Co. et al. *v.* United States, protests 715783–G,. etc. (San Francisco).

Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, APRIL 6, 1960

No. 64061.—D. & B. Import Corp. et al. *v.* United States, protests 736566–G, etc. (New York).

Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* .v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, APRIL 8, 1960

No. 64062.—Jacob Holm & Sons, Inc., et al. *v.* United States, protests 58/10514, etc. (Galveston).